EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | 2008 TSPR 82   |
|-------------------------|----------------|
| Rafael Román Jiménez    | 174 DPR ____   |

Número del Caso: TS-9606

Fecha: 15 de mayo de 2008

Abogado de la Parte Peticionaria:

        Por Derecho Propio

Colegio de Abogados:

        Lcda. Celina Romaní Siaca
        Directora Ejecutiva

Materia: Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Rafael Román Jiménez                TS-9606

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 15 de mayo de 2007.

Examinada la moción solicitando reinstalación presentada por el Lcdo. Rafael Román Jiménez, se autoriza su reinstalación al ejercicio de la notaría. Se le concede al licenciado Román Jiménez un término de 60 días, contados a partir de la notificación de esta resolución para subsanar las deficiencias señaladas por la Oficina de Inspección de Notarías e informar de ello a este Tribunal.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y el Juez Asociado señor Rivera Pérez proveerían no ha lugar.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo